UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TREPKO, INC.,

    Plaintiff,

v.

GOLDEN WEST TRADING, INC.,

    Defendant.
_____/

CASE NO.:

## DEFENDANT'S NOTICE OF REMOVAL

Defendants, GOLDEN WEST TRADING, INC., (hereinafter referred to as "DEFENDANT" or "GWT"), by and through its undersigned counsel, hereby files this Notice of Removal of Plaintiff's Complaint, pursuant to 28 U.S.C. §1441(b) and §1446 and states the following facts that entitle it to removal:

## GROUNDS FOR REMOVAL

1. Plaintiff, TREPKO, INC. ("TREPKO"), has brought a breach of contract, unjust enrichment, conversion and replevin action against Defendant, GWT, in the circuit court in and for the Thirteenth Judicial Circuit, Hillsborough County, styled <u>Trepko, Inc. v. Golden West Trading, Inc.</u>, Case Number: 2020-CA-412. Plaintiff's Complaint was purported served on GWT on January 31, 2020. A copy of the Proof of Service of Summons identifying the date of service is attached as **Exhibit "A."**

2. Plaintiff has alleged in its Complaint that GWT breached an equipment lease agreement by allegedly failing to make lease payments of $284,900.00. (Paragraph 17 of Plaintiff's Complaint) A copy of the Summons and Complaint, and all other pleadings, are attached as **Composite Exhibit "B."**

3. Plaintiff alleges TREPKO is a Florida Corporation with its principal place of business in Florida. (Paragraph 1 of Plaintiff's Complaint)

4. Plaintiff alleges GWT is an active California Corporation with its principal place of business in California. (Paragraph 2 of Plaintiff's Complaint)

5. Plaintiff also alleges conversion of the equipment with an alleged value of $932,5000.00. (Paragraph 5 of Plaintiff's Complaint).

6. Plaintiff's claims against GWT are removable under 28 U.S.C. §1441(b) as the Complaint against GWT contains allegations demonstrating diversity of citizenship. Further, Plaintiff alleges damages greater than $75,000.00 exclusive of interest and costs. Harmening-Marl v. Quest Diagnostics, Inc., No. 3:17-cv-1197-J-39JRK, 2018 U.S. Dist. LEXIS 224617 (M.D. Fla. Sep. 27, 2018); Devore v. Howmedica Osteonics Corp., 658 F. Supp. 2d 1372 (M.D. Fla. 2009) Kong v. Allied Prof'l Ins. Co., No. 8:07-cv-2142-T-17MSS, 2008 U.S. Dist. LEXIS 75336 (M.D. Fla. July 10, 2008).

7. Venue is proper in the Middle District of Florida as the circuit court in which this action is pending is within the jurisdictional confines of the Middle District. 28 U.S.C. §1446(a); Local Rules of the United States District Court for the Middle District of Florida.

8. GWT was purportedly served with the Complaint on January 31, 2020. This Notice of Removal was timely filed in accordance with 28 U.S.C. §1446(b). GWT will give written notice of the removal to the Plaintiff and a copy of the Notice of Removal will be filed with the Clerk of the Court, Hillsborough County, Florida.

WHEREFORE, Defendant, GOLDEN WEST TRADING, INC., respectfully requests the removal of this action to the United State District Court for the Middle District of Florida be hereby perfected and this Court take jurisdiction of this action.

        Respectfully submitted,

        MARSHALL, DENNEHEY, WARNER,
        COLEMAN & GOGGIN, P.A.

        By: /s/ Adam C. Herman
        ADAM C. HERMAN, ESQ.
        Florida Bar No. 0146961
        Landmark Center One
        315 E. Robinson Street, Suite 550
        Orlando, FL 32801-2719
        Telephone: 407-420-4380
        Fax: 407-839-3008
        E-Mail: acherman@mdwcg.com
                dtbroxson@mdwcg.com
        Attorneys for Defendant, GOLDEN
        WEST TRADING, INC.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 27, 2020 I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send a copy of the Notice of Electronic Filing to the following: : **Joseph Kennett, Esq.** (counsel for Plaintiff), Brick Business Law, P.A., 3413 W. Fletcher Ave., Tampa, FL 33618

        /s/Adam C. Herman                    .
        Attorney